unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct. The protest was therefore overruled.

No. 54936.—Coro, Inc., et al. v. United States, protests 159207–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 54937.—Belfer Corp. et al. v. United States, protests 160176–K (A), etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 54938.—Dangkai Trading Co. et al. v. United States, protests 160838–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, DECEMBER 7, 1950

No. 54939.—Wm. Wackenhuth & Son v. United States, protest 159359–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of S. Nathan & Co., Inc. v. United States (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

No. 54940.—Eastrade Industries et al. v. United States, protests 160949–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of S. Nathan & Co., Inc. v. United States (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

No. 54941.—J. & H. Baer, Inc., et al. v. United States, protests 162952–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as